UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>COUDERT BROTHERS LLP,<br><br>     Debtor. | Bankruptcy Court<br>Case No. 06-12226 (RDD) |
| DEVELOPMENT SPECIALISTS, INC.,<br>in its capacity as Plan Administrator for<br>Coudert Brothers LLP,<br><br>     Plaintiff,<br>v.<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP,<br><br>     Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-1490 (RDD) |
| DEVELOPMENT SPECIALISTS, INC.,<br>in its capacity as Plan Administrator for<br>Coudert Brothers LLP,<br><br>     Plaintiff,<br>v.<br><br>ARENT FOX LLP,<br><br>     Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-1491 (RDD) |
| DEVELOPMENT SPECIALISTS, INC.,<br>in its capacity as Plan Administrator for<br>Coudert Brothers LLP,<br><br>     Plaintiff,<br>v.<br><br>DORSEY & WHITNEY LLP,<br><br>     Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-1492 (RDD) |

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> DUANE MORRIS LLP, <br><br> Defendant. | Bankruptcy Court <br> Adv. Pro. No. 08-1493 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> JONES DAY, <br><br> Defendant. | Bankruptcy Court <br> Adv. Pro. No. 08-1494 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> JONES DAY and SCOTT JONES, <br><br> Defendants. | Bankruptcy Court <br> Adv. Pro. No. 08-1446 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> JONES DAY and <br> GEOFFROY DE FOESTRAETS, <br><br> Defendants. | Bankruptcy Court <br> Adv. Pro. No. 08-1433 |

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> JONES DAY and JINGZHOU TAO, <br><br> Defendants. | Bankruptcy Court <br> Adv. Pro. No. 08-1486 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> K&L GATES LLP, <br><br> Defendant. | Bankruptcy Court <br> Adv. Pro. No. 08-1495 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> MORRISON & FOERSTER LLP, <br><br> Defendant. | Bankruptcy Court <br> Adv. Pro. No. 08-1496 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP, <br><br> Plaintiff, <br> v. <br><br> SHEPPARD MULLIN RICHTER & HAMPTON LLP, <br><br> Defendant. | Bankruptcy Court <br> Adv. Pro. No. 08-1500 (RDD) |

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP,<br><br>       Plaintiff,<br>v.<br><br>DLA PIPER (US) LLP,<br><br>       Defendant. | Bankruptcy Court<br>Adv. Pro. No. 09-1148 (RDD) |
| DEVELOPMENT SPECIALISTS, INC., in its capacity as Plan Administrator for Coudert Brothers LLP,<br><br>       Plaintiff,<br>v.<br><br>DECHERT LLP,<br><br>       Defendant. | Bankruptcy Court<br>Adv. Pro. No. 09-1149 (RDD) |

TO: David J. Adler
    McCarter & English LLP
    245 Park Avenue
    New York, NY 10167

    *Counsel for Plaintiff*
    *Development Specialists, Inc.*

## NOTICE OF MOTION TO WITHDRAW THE REFERENCE AND FOR ABSTENTION

RELIEF IS SOUGHT from a United States District Judge of the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 157(d) and 1334(c)(1) and Rules 5011(a) and 9033(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

PLEASE TAKE NOTICE that upon the accompanying joint memorandum of law, the Declaration of Claire L. Huene, dated August 24, 2011, and the exhibits thereto, and all prior pleadings and proceedings herein, the law firm defendants in the above-referenced adversary

proceedings, Akin Gump Strauss Hauer & Feld LLP, Arent Fox LLP, Dorsey & Whitney LLP, Duane Morris LLP, Jones Day, K&L Gates LLP, Morrison & Foerster LLP, Sheppard Mullin Richter & Hampton LLP, DLA Piper LLP (US), and Dechert LLP (collectively, the "Law Firm Defendants"), will move the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at such time as is designated by the Court, for an Order (1) pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011 withdrawing the reference of the above-referenced adversary proceedings from the United States Bankruptcy Court for the Southern District of New York, (2) for abstention pursuant to 28 U.S.C. § 1334(c)(1); or (3) in the alternative to abstention, for an order converting the Bankruptcy Court's conclusions of law on a dispositive issue central to these adversary proceedings to proposed conclusions pursuant to 28 U.S.C. § 157(c)(1) and Bankruptcy Rule 9033(b).

Pursuant to Local Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, the Law Firm Defendants submit these motions to the Clerk of the Court of the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, any answering memoranda shall be served within fourteen (14) days after service of the moving papers, and reply memoranda shall be served within seven (7) days after service of the answering papers.

Dated: New York, New York
       August 24, 2011

           MILLER & WRUBEL P.C.

           By: /s/ Claire L. Huene
               Joel M. Miller
               Claire L. Huene
               570 Lexington Avenue
               New York, New York 10022
               Tel: (212) 336-3500
               Fax: (212) 336-3555

*Attorneys for Defendant*
*Dechert LLP*


           MORRISON & FOERSTER LLP

           By: /s/ Brett H. Miller
               Brett H. Miller
               Erica J. Richards
               1290 Avenue of the Americas
               New York, New York 10104
               Tel: (212) 468-8000
               Fax: (212) 468-7900

*Attorneys for Defendant*
*Morrison & Foerster LLP*


           QUINN EMANUEL URQUHART &
           SULLIVAN LLP

           By: /s/ Eric M. Kay
               Eric J. Emanuel
               Susheel Kirpalani
               Eric M. Kay
               51 Madison Avenue, 22nd Floor
               New York, New York 10010
               Tel: (212) 849-7000
               Fax: (212) 849-7100

*Attorneys for Defendant*
*Akin Gump Strauss Hauer &Feld LLP*

DUANE MORRIS LLP
A Delaware Limited Liability Partnership

By: /s/ Lawrence J. Kotler
    Lawrence J. Kotler
    1540 Broadway
    New York, NY 10036-4086
    Tel:  (212) 692-1000
    Fax:  (212) 692-1020

    Lewis R. Olshin
    Lauren Lonergan Taylor
    30 South 17th Street
    Philadelphia, PA  19103
    Tel:  (215) 979-1000
    Fax:  (215) 979-1020

*Attorneys for Defendant*
*Duane Morris LLP*


K&L GATES LLP

By: /s/ Jeffrey N. Rich
    Jeffrey N. Rich
    599 Lexington Avenue
    New York, New York 10022
    Tel:  (212) 536-4097
    Fax:  (212) 536-3091

*Attorneys for Defendant*
*K&L Gates LLP*

KRAMON & GRAHAM, P.A.

By: /s/ James P. Ulwick
    James P. Ulwick (*admitted pro hac vice*)
    One South Street, Suite 2600
    Baltimore, Maryland 21202
    Tel: (410) 752-6030

    - and -

MEISTER SEELIG & FEIN LLP

    Jeffrey Schreiber
    Howard Davis
    140 East 45th Street, 19th Floor
    New York, New York 10017
    Tel: (212) 655-2500
    Fax: (212) 655-3535

*Attorneys for Defendant*
*DLA Piper (US) LLP*


ARENT FOX LLP

By: /s/ George Angelich
    George Angelich
    Allen G. Reiter
    1675 Broadway
    New York, New York 10019
    Tel: (212) 484-3900

*Attorneys for Defendant Arent Fox LLP*

SHEPPARD MULLIN RICHTER
  & HAMPTON LLP

By: /s/  Malani J. Cademartori
    Malani J. Cademartori
    Daniel L. Brown
    30 Rockefeller Plaza
    New York, New York 10112
    Tel: (212) 653-8700
    Fax: (212) 653-8701

    D. Ronald Ryland, Cal. Bar No. 49749
      (*admitted pro hac vice*)
    Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
    Tel: (415) 434-9100
    Fax: (415) 434-3947

*Attorneys for Defendant*
*Sheppard Mullin Richter & Hampton LLP*


DORSEY & WHITNEY LLP

By: /s/ Jessica D. Mikhailevich
    Jessica D. Mikhailevich
    250 Park Avenue
    New York, NY  10177
    Tel:  (212) 415-9200
    Fax:  (212) 953-7201

*Attorneys for Defendant Dorsey & Whitney LLP*

JONES DAY

By: /s/ Steven C. Bennett
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

Geoffrey S. Stewart
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant Jones Day*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2011, I caused the forgoing Notice of Motion and accompanying Declaration of Claire L. Huene, and exhibits thereto, to be served by hand on counsel for Development Specialists, Inc.

Dated:  New York, New York
        August 24, 2011

/s/ Claire L. Huene
Claire L. Huene