UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------
Development Specialists Inc.,

                Plaintiff(s),                ORDER

      -against-                      11 Civ. 5968 (CM)
Jones Day, et al.,                      11 Civ. 5970
                                        11 Civ. 5972
              Defendant(s).          11 Civ. 5983
                                        11 Civ. 5984
----------------------------------------------------  11 Civ. 6337

**McMahon, J.:**

      It is hereby **ORDERED**, that the above-entitled action be consolidated with 11 Civ 5970, 11 Civ. 5972, 11 Civ. 5983, 11 Civ. 5984, 11 Civ. 6337. Case 11Civ.5968 should be designated the lead case.

Dated: September 12, 2012
       New York, New York

                                          So Ordered:

                                          Hon. Colleen McMahon
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
9/12/12